# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:14CR228 (JBA) |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| JASON CALABRESE | : | February 12, 2015 |

## MOTION TO DISMISS INDICTMENT

The defendant Jason Calabrese, through his undersigned counsel, hereby moves

pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure and the Fifth

Amendment to the Constitution to dismiss the indictment in this case on the ground that it

fails to allege a federal offense or to give notice of a charge, all as set forth more fully in the

accompanying Omnibus Memorandum In Support of Defendant's Pretrial Motions.

Respectfully submitted,

By: /s/ James T. Cowdery (ct05103)
James T. Cowdery (ct05103)
James J. Healy (ct28447)
Cowdery & Murphy, LLC
280 Trumbull Street
Hartford, CT 06103
(860) 278-5555 Office
(860) 249-0012 Facsimile
jcowdery@cowderymurphy.com
jhealy@cowderymurphy.com

- His Attorneys -

**ORAL ARGUMENT REQUESTED**

## CERTIFICATE OF SERVICE

  I hereby certify that on February 12, 2015, I caused a copy of foregoing to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ James T. Cowdery (ct05103)
        James T. Cowdery