UNITED STATES DISTICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Crim. No. 3:14CR228(JBA) |
| RYAN GEDDES, | : |
| JASON CALABRESE, | : |
| DUSTIN WHITTEN, and | : |
| RICHARD GEDDES | : |

## UNITED STATES OF AMERICA'S MOTION TO DISMISS FORFEITURE ALLEGATIONS WITH RESPECT TO ALL DEFENDANTS

The United States of America respectfully requests that the Court dismiss, as to all four defendants in the above case, the two, general forfeiture allegations appearing at pages 19-21 of the indictment. No directly forfeitable asset of any defendant was located or seized, and defendants Ryan Geddes, Jason Calabrese, and Dustin Whitten already have entered guilty pleas. The fourth defendant, Richard Geddes, has entered a pretrial diversion agreement, and the government does not anticipate identifying any directly forfeitable assets of his, in the unlikely event that diversion is terminated and the case is returned to the criminal trial or plea calendar.

Respectfully submitted

DEIRDRE M. DALY
United States Attorney

HENRY K. KOPEL, Fed. Bar No. ct24829
Assistant U.S. Attorney

The requested dismissal of the indictment's two forfeiture allegations with respect to all four defendants is hereby: \_\_\_\_ granted / \_\_\_\_ denied.

SO ORDERED.

_____          _____
HON. JANET BOND ARTERTON                 DATE
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

     I hereby certify that on September 10, 2015, I filed a copy of foregoing pleading and proposed Order, and caused copies of same to be served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System. Copies of the foregoing pleading also have been sent this same day by E-mail to counsel for defendant Calabrese, James T. Cowdery, Esq. and James Healey, Esq., at jcowdery@cemlaw.com and jhealy@cowderymurphy.com; counsel for defendant Ryan Geddes, Richard C. Marquette, Esq., at rcmarquette@aol.com; counsel for Richard Geddes, Tracy Hayes, Esq., at Tracy_Hayes@fd.org; and counsel for Dustin Whitten, Michael A. Fasano, Jr., Esq., at mfasanojr@duffyandfasano.com.

*[signature]*

Assistant U.S. Attorney