**AARON J. ROMANO, P.C.**
**BY: Aaron J. Romano, Esquire**
Bar Id.: 20100
55 Woodland Avenue
Bloomfield, CT 06002
Tel: (860) 286-9026
_____

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF CONNECTICUT**

| | | |
|---|---|---|
| UNTED STATES OF AMERICA | : | DOCKET NO.: 3:14cr228(JBA) |
| v. | : | |
| JASON CALABRESE | : | SEPTEMBER 21, 2015 |

## MOTION TO REDUCE SENTENCE

NOW COMES, the Defendant, Jason Calabrese, by and through his attorney Aaron J. Romano, Esq., pursuant to the 5th and 6th Amendments to the United States Constitution and F.R.Cr.P. 35 to reduce his sentence. In support of this motion, the Defendant respectfully avers as follows:

1. On May 5, 2015, the Defendant plead guilty to Count One of the Indictment charging him with conspiracy to commit bank fraud in violation of 18 USC §1349.

2. The date of the alleged offense was on or about November 21, 2006.

3. During the Presentence Investigation, the Office of United States Probation indicated that the Defendant was licensed at the time of the offense, and therefore recommended an increase of two levels pursuant to USSG §3B1.3, "use of special skill."

See Doc. 160 at 9.

4.    The Defendant filed an objection to the application of USSG §3B1.3, alleging in part that the Defendant was not licensed or trained at the time of the offense. See Doc. 160-2 at 2.

5.    At the time of the offense, the Defendant was not licensed as a mortgage broker, nor had he received any special training or education for the same. See Exhibit A (Defendant's Affidavit).

6.    Training and education requirements for mortgage loan originators did not come into effect until Connecticut adopted the S.A.F.E. Mortgage Licensing Act of 2008, 12 USC §5111. See P.A. 09-209 (S.G. 948) Effective July 31, 2009, codified in C.G.S. §36a-489a.

7.    The Defendant had not begun education and course-work toward a license until 2010, when he obtained a mortgage loan originator license. See Exhibit B (Licensing History from the Nationwide Mortgage Licensing System Resource Center).

8.    Due to this misunderstanding, the court applied the special skills enhancement of 3B1.2 and repeatedly referenced the Defendant's purported license and special skills during the sentencing proceedings.  "I think it's quite clear that having the mortgage broker license is a special skill." N.T. 9/8/2015 at 14.; "utilizing his skills as the mortgage broker, both his license, which gives the imprimata of integrity to the application submitted... means this two level enhancement is applicable." Id. at 15.  "With respect to the nature and circumstances of the offense, is the fact that with a mortgage broker license goes responsibilities....the benefits, financial and professional, of being able to be a licensed mortgage broker." Id. at 65.

9. The Court sentenced the Defendant to incarceration, and during the pronouncement of sentence, cited as a basis, the Defendant's violation of his responsibilities as a *licensed* mortgage broker. In fact, at the time of the offense, the Defendant was a registered loan officer with no special training or education. Only after Connecticut adopted the S.A.F.E. Mortgage Licensing Act in 2009 did the Defendant receive any education.

WHEREFORE, the Defendant respectfully requests that in order to prevent a manifest injustice, that the court reduce its sentence to reflect the error in the misapplication of USSG §3B1.3 and sentence the defendant to a non-incarceration sentence.

Respectfully submitted,

this 22nd day of September 2015        JASON CALABRESE
By: */s/ Aaron J. Romano*
Aaron J Romano, Esq.
His Attorney, Bar ID #20100
Aaron J. Romano, P.C.
45 Wintonbury Ave., Suite 107
Bloomfield, CT 06002
Tel (860) 286-9026/Fax (860) 286-9028
AaronRomano@attorneyaaronromano.com

## CERTIFICATION

I hereby certify that, on this 22nd day of September 2015, the Defendant's Motion for Reduction of Sentence was filed electronically and sent by first-class mail, postage prepaid, to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

By:   */s/ Aaron J. Romano*
Aaron J. Romano, Esq. Bar ID # 20100
45 Wintonbury Avenue, Suite 107
Bloomfield, CT 06002
Tel (860) 286-9026/Fax (860) 286-9028

### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:14cr228(JBA) |
| vs. | : | |
| JASON CALABRESE | : | |

### O R D E R

FOR GOOD CAUSE SHOWN, this _____ day of _____, 2015, the Defendant's Motion for Reduction of Sentence is hereby GRANTED/DENIED.

_____
J.,