AARON J. ROMANO, P.C.
BY: Aaron J. Romano, Esquire
Bar Id.: 20100
55 Woodland Avenue
Bloomfield, CT 06002
Tel: (860) 286-9026

## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF CONNECTICUT

| | |
|---|---|
| UNTED STATES OF AMERICA | Criminal No. 3:14cr228(JBA) |
| v. | |
| JASON CALABRESE | SEPTEMBER 21, 2015 |

### AFFIDAVIT

I, Jason Calabrese, being duly sworn hereby depose and state as follows:

1. I am over the age of eighteen (18) years and understand the obligations of an oath.

2. On May 5, 2015, I plead guilty to Count One of the Indictment, charging me with conspiracy to commit bank fraud in violation of 18 USC §1349.

3. The date of the offense was on or about November 21, 2006.

4. I was not a licensed a mortgage originator until 2010.

5. Prior to 2010, including the date of the offense, I was only registered as a loan officer.

6. No specialized skill or education was necessary to register as a loan officer; in fact, my full-time profession was as a firefighter.

Exhibit A-1

7. The first time I received any education relating to mortgages was to obtain my mortgage loan originator license was in 2010. I completed this coursework in April of 2010.

8. I took the national exam to obtain my license on October 1, 2010.

9. I took the state exam to obtain my license on December 29, 2010.

10. I was required to take continuing education courses to maintain my license as a mortgage loan originator.

11. Up until that point, I generally received applications for loans from people seeking loans by email, fax, or in writing. Sometimes I filled them out, other times, the people seeking loans would fill them out. They were general in nature, and required the applicant to list their contact information, employment, assets and liabilities. Some loans required the applicant to state their income.

12. The banks would approve or disapprove loan applicants by internal formulas. I had nothing to do with the banks' decisions to approve or disapprove someone for a loan.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*Jason Calabrese*
Jason Calabrese, Esq.

STATE OF CONNECTICUT )
                     ) SS. Bloomfield
COUNTY OF HARTFORD   )

Subscribed and sworn to before me this 21st day of September 2015

*Naomi Fetterman*
Commissioner of Superior Court
Juris # 430485

2

Exhibit A-2