**AARON J. ROMANO, P.C.**
**BY: Aaron J. Romano, Esquire**
Bar Id.: 20100
55 Woodland Avenue
Bloomfield, CT 06002
Tel: (860) 286-9026
_____

## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO.: 3:14cr228(JBA) |
| | : | |
| v. | : | |
| | : | |
| JASON CALABRESE | : | DECEMBER 18, 2015 |

## DEFENDANT JASON CALABRESE'S MOTION
## FOR CONTINUED RELEASE PENDING APPEAL

Defendant Jason Calabrese, through counsel, respectfully moves pursuant to 18 U.S.C. §3143 (b) for continued release pending appeal. **Counsel for the Government has no objection to this Motion**. The grounds for this motion are set forth in the accompanying memorandum of law.

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

|  |  |
|---|---|
|  | Respectfully submitted, |
| this 18th day of December 2015 | JASON CALABRESE<br>By: */s/ Aaron J. Romano*<br>Aaron J Romano, Esq.<br>His Attorney, Bar ID #20100<br>Aaron J. Romano, P.C.<br>55 Woodland Avenue<br>Bloomfield, CT 06002<br>Tel (860) 286-9026/Fax (860) 286-9028<br>AaronRomano@attorneyaaronromano.com |

## **CERTIFICATION**

I hereby certify that, on this 18th day of December 2015, the Defendant's Motion for Release Pending Appeal was filed electronically and sent by first-class mail, postage prepaid, to anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

By: */s/ Aaron J. Romano*
Aaron J. Romano, Esq. Bar ID # 20100
55 Woodland Avenue
Bloomfield, CT 06002
Tel (860) 286-9026/Fax (860) 286-9028

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:14cr228(JBA) |
| vs. | : | |
| JASON CALABRESE | : | |

**O R D E R**

FOR GOOD CAUSE SHOWN, this _____ day of _____, 201_, the Defendant's Motion for Release Pending Appeal is hereby GRANTED/DENIED.

_____
J.,