**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**


**UNITED STATES OF AMERICA**

**v.**                                             **Criminal No: 3:14 CR228 (JBA)**

**JASON CALABRESE**



ORDER


The defendant's motion for continued release pending appeal [Doc. #218], to which

. the Government has no objection is GRANTED for good cause shown.



IT IS SO ORDERED.

/s/

Janet Bond Arterton, U.S.D.J.


Dated at New Haven, Connecticut: December 21 , 2015