**AARON J. ROMANO, P.C.**
**BY: Aaron J. Romano, Esquire**
Bar Id.: 20100
55 Woodland Avenue
Bloomfield, CT 06002
Tel: (860) 286-9026

_____

**UNITED STATES DISTRICT COURT**
**DISTRICT COURT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO.: 3:14cr228(JBA) |
| v. | : | |
| JASON CALABRESE | : | MAY 9, 2017 |

### DEFENDANT JASON CALABRESE'S
### MOTION FOR RETURN OF PASSPORT

On May 5, 2015, Mr. Calabrese plead guilty to Conspiracy to Commit Bank Fraud, in violation of 18 U.S.C. §1349. On September 8, 2015, the Court (Arterton, J.) sentenced Mr. Calabrese to a term of imprisonment of six (6) months, with two (2) years of supervised release, and a three (3) month period of home confinement. On September 23, 2015, the judgment entered on the same. On or about March 22, 2017, the Court (Arterton, J.) issued an Amended Order of Remand to require Mr. Calabrese to self-surrender by noon on September 19, 2017. Further, the Court "strongly recommend[ed]" that Mr. Calabrese be re-designated to a halfway house for service of his sentence.

Mr. Calabrese has been released on bond throughout the pendency of this matter.

He is in compliance with the Office of Probation and with the order of restitution.  Defense counsel is currently in possession of Mr. Calabrese's passport.  The Government has no objection to the instant motion.

      WHEREFORE, Jason Calabrese respectfully requests his passport be returned to him.

Respectfully submitted,

this 9th day of May 2017

JASON CALABRESE
By: */s/ Aaron J. Romano*
Aaron J Romano, Esq.
His Attorney, Bar ID #20100
Aaron J. Romano, P.C.
55 Woodland Avenue
Bloomfield, CT 06002
Tel (860) 286-9026/Fax (860) 286-9028
AaronRomano@attorneyaaronromano.com

## CERTIFICATION

I hereby certify that, on this 9th day of May 2017, the Defendant's Motion for Return of Passport was filed electronically and sent by first-class mail, postage prepaid, to anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

By:   */s/ Aaron J. Romano*
Aaron J. Romano, Esq. Bar ID # 20100
55 Woodland Avenue
Bloomfield, CT 06002
Tel (860) 286-9026/Fax (860) 286-9028

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 3:14cr228(JBA) |
| vs. | : | |
| JASON CALABRESE | : | |

**O R D E R**

FOR GOOD CAUSE SHOWN, this _____ day of _____, 2017, the Defendant's Motion for Return of Passport is hereby GRANTED/DENIED.

_____

J.,